F. FRANKLIN AMANAT (*pro hac vice*)
DICELLO LEVITT GUTZLER LLC
One Grand Central Place, Suite 2400
60 East 42nd Street
New York, New York 10165
(646) 933-1000
famanat@dicellolevitt.com

KENNETH P. ABBARNO (*pro hac vice*)
DICELLO LEVITT GUTZLER LLC
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
(440) 953-8888
kabbarno@dicellolevitt.com

MICHAEL AKSELRUD (SBN 285033)
THE LANIER LAW FIRM, P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
(310) 277-5100
michael.akselrud@lanierlawfirm.com

Attorneys for the Plaintiff
JAMES KUYKENDALL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES KUYKENDALL,

Plaintiff,

vs.

AMAZON STUDIOS, LLC; THE INTELLECTUAL PROPERTY CORPORATION a/k/a IPC TELEVISION, LLC; TILLER RUSSELL; and HECTOR BERRELLEZ,

Defendants.

Case No.: **2:22-cv-01872-AB-E**

**STIPULATION OF DISMISSAL**

Assigned to Hon. André Birotte, Jr.
Courtoom: 7B

The parties to the above-captioned case, to wit, Plaintiff James Kuykendall and Defendants Amazon Studios LLC, The Intellectual Property Corporation a/k/a IPC Television LLC, Tiller Russell, and Hector Berrellez, through their respective undersigned counsel, hereby STIPULATE, CONSENT, and AGREE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Complaint in this action shall be, and is, hereby DISMISSED, with prejudice, and without costs or fees assessed against any party. All motions pending at the time of this dismissal are deemed DENIED AS MOOT, and the Court shall not maintain jurisdiction to entertain any future motions related to this action, including a motion for fees and costs, and no such motion shall be made by any party.

Respectfully submitted,

Dated: May 16, 2022 **DICELLO LEVITT GUTZLER LLC**

By: */s/ F. Franklin Amanat*
F. Franklin Amanat (*pro hac vice*)
Kenneth P. Abbarno (*pro hac vice*)

Counsel for Plaintiff James Kuykendall

Dated: May 16, 2022 **DAVIS WRIGHT TREMAINE LLP**

By: /s/ *Diana Palacios*
Alonzo Wickers IV
Diana Palacios
Cristina Salvato
Joel Richert

Counsel for Defendant Amazon Studios LLC



Dated: May 16, 2022 **HAYNES AND BOONE LLP**

By: */s/ Laura L. Prather*
Laura L. Prather (*pro hac vice*)
Alexander B. Lutzky (*pro hac vice*)

Counsel for Defendant IPC Television, LLC

Dated: May 16, 2022 **HAYNES AND BOONE LLP**

By: */s/ Jason T. Lao*
Jason T. Lao

Counsel for Defendants IPC Television, LLC, Tiller Russell, and Hector Berrellez

Date: May 16, 2022 **CAMERON STRACHER PLLC**

By: */s/ Cameron A. Stracher*
Cameron A. Stracher (*pro hac vice*)
Sara C. Tesoriero (*pro hac vice*)

Counsel for Defendants Tiller Russell and Hector Berrellez

IT IS **SO ORDERED** at Los Angeles, California, this ___th day of ___, 2022.

______________________________
HON. ANDRÉ BIROTTE, JR.
United States District Judge
Central District of California

## ATTESTATION PURSUANT TO L.R. 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ F. Franklin Amanat*
F. Franklin Amanat

STIPULATION OF DISMISSAL
*Kuykendall v. Amazon Studios LLC,* No. 2:22-cv-01872-AB-E (C.D. Cal.)
Page 4

DICELLO LEVITT GUTZLER

